UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



FILED
CHARLOTTE, NC

DEC 21 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| IN RE: | ) | MISC. NO. 07-MJ-254 |
| | ) | |
| | ) | |
| SEARCH WARRANT | ) | ORDER UNSEALING SEARCH WARRANT |
| | ) | AFFIDAVIT AND APPLICATION |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit be unsealed in the interests of justice

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit be unsealed until further order of this Court.

This the 21th day of December, 2007.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE